UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PAMELA S. TIPTON,**

        **Plaintiff,**

        v.

**COMMISSIONER OF
SOCIAL SECURITY,**

        **Defendant.**

Case No. 2:14-cv-1209
**JUDGE GREGORY L. FROST**
Magistrate Judge Terence P. Kemp

### OPINION AND ORDER

This matter is before the Court for consideration of the Magistrate Judge's June 3, 2015 Report and Recommendation ("R&R"). (ECF No. 17.) In that filing, the Magistrate Judge considered Plaintiff's Statement of Errors and recommended that the Court sustain the same and remand this case to the Commissioner of Social Security ("Commissioner") pursuant to 42 U.S.C. § 405(g), sentence four.

The R&R advised the parties that, if any party sought review by the District Judge, that party must file objections to the R&R within fourteen (14) days. (*Id*. at PAGEID # 567.) The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to have the district judge review the [R&R] *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the [R&R]." (*Id*. (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981)).)

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time for filing such objections has expired, the Court **ADOPTS AND AFFIRMS** the R&R (ECF No. 17), **SUSTAINS** Plaintiff's Statement of Errors (ECF No. 12), and **REMANDS** this action

to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.   The Clerk is **DIRECTED** to enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED**.

                                      **/s/ Gregory L. Frost**
                                      **GREGORY L. FROST**
                                      **UNITED STATES DISTRICT JUDGE**